# Complaint Synopsis

| | |
|---|---|
| **Name:** | William Ariel Tamay Guaman |
| **Address:** (City & State Only) | South Portland, Maine |
| **Year of Birth and Age:** | 2001, 23 years old |
| **Violations:** | **Count 1:** Reentry of Removed Alien. *See* 8 U.S.C. § 1326(a). This is a Class E felony. *See* 18 U.S.C. § 3559(a)(5). |
| **Penalties:** | **Count 1:** Not more than 2 years of imprisonment, a fine of $250,000, or both. *See* 8 U.S.C. § 1326(a), 18 U.S.C. § 3571(b)(3). |
| **Supervised Release:** | **Count 1:** Not more than 1 year. *See* 18 U.S.C. § 3583(b)(3). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1:** Not more than 1 year. *See* 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1:** Up to 1 year, less any term of imprisonment imposed upon revocation. *See* 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | DHS/ICE/ERO—Deportation Officer Stephen Carlo |
| **Detention Status:** | Arrest Warrant to Issue. |
| **Foreign National:** | Yes: Ecuador |
| **Foreign Consular Notification Provided:** | No |
| **County** | Cumberland County |
| **AUSA:** | Nicholas Heimbach |
| **Guidelines apply? Y/N** | Yes |

|  |  |
|---|---|
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution?** | No |
| **Assessments:** | **Count 1:** $100 per count. *See* 18 U.S.C. § 3013(a)(2)(A). |